IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KYLE A. SAWYER,

      Appellant,

v.                         Case No.    5D21-2428
                                 LT Case No. 2010-CF-009190-B-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 22, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

William R. Ponall, of Ponall Law,
Maitland, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

SASSO, NARDELLA and WOZNIAK, JJ., concur.